**Order entered September 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01427-CR

### BERTHA MANCILLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-24729-T

## ORDER

The Court **REINSTATES** the appeal.

On July 21, 2015, we issued a second order directing the trial court to make findings regarding why the reporter's record has not been filed and to prepare a certification of appellant's right to appeal. On September 8, 2015, we received a supplemental clerk's record with the trial court's findings, dated July 17, 2015. The supplemental clerk's record does not, however, contain the trial court's certification of appellant's right to appeal, nor have we received it separately. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by court appointed counsel; and (3) appellant is indigent. Because we have not yet received the reporter's record, we **DO NOT ADOPT** the finding that the reporter's record would be filed within thirty days of the May 17, 2015 findings.

We **ORDER** the trial court to prepare and file, within **SEVEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **ORDER** court reporter Karren Jones to file the complete reporter's record, including all exhibits, within **SEVEN DAYS** of the date of this order. If the complete reporter's record, including all exhibits, is not filed within the time specified, the Court will order that Karren Jones not sit as a court reporter until she has filed the complete record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; Karren Jones, court reporter, Auxiliary Court; and to counsel for all parties.

.

/s/    ADA BROWN
JUSTICE